UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDHOST OF TENNESSEE, INC., et al., <br><br>　　　Plaintiffs, <br>v. <br><br>VIBRA HOSPITAL HOLDINGS, LLC, et al., <br><br>　　　Defendants. | Case No. 3:24-cv-01122 <br><br>Judge Eli J. Richardson <br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have notified the Court that they have reached a resolution of all claims in this matter. Accordingly, the initial case management conference set on November 20, 2024, is CANCELLED.

The parties are ORDERED to make the necessary filings to terminate the action by December 18, 2024.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge